Hon. Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GEORGE L. SCHILLING and SHU Y. SCHILLING, husband and wife,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE, d/b/a CHASE BANK, a national bank, TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTION INC., and EQUIFAX INC.,<br><br>Defendants. | CASE: 2:17-cv-00060-RSM<br><br>ORDER ON STIPULATION TO STAY PROCEEDINGS |

Based upon the Stipulation of the undersigned Parties and the Court having reviewed the file and records herein, NOW THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Motion for Stipulated Order staying any further litigation (including the deadlines for initial disclosures, the Joint Report and meetings required under FRCP Rule 16 and 26) in this proceeding until 90-days after the Court issues a ruling on JPMorgan Chase Bank N.A.'s Motion to Dismiss (Docket 16) is granted while the Court considers the Motion. The Court will postpone the filing of the FRCP Rule 26/26 Joint Report currently due on March 27, 2017 and re-set the deadline for a date

ORDER ON STIPULATION TO
STAY PROCEEDINGS
2:17-cv-00060-RSM

1

**BARRAZA LAW PLLC**
14245-F AMBAUM BLVD SW
SEATTLE WA 98166
Tel. 206-933-7861
Fax 206-933-7863

at least 90-days after it issues a ruling on JPMorgan Chase Bank N.A.'s Motion to Dismiss.  All other dates will be re-set accordingly as provided in the FRCP.

2.   To the extent JPMorgan Chase & Co. is named as a defendant, it is dismissed with prejudice and JPMorgan Chase Bank N.A. is the proper defendant.

DATED this 20 day of March 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By: s/ *Vicente Omar Barraza*
Vicente Omar Barraza, WSBA 43589
Barraza Law PLLC
14245-F Ambaum Blvd SW
Burien, WA 98166
Telephone: (206) 933-7861
Fax: (206) 933-7863
E-mail:     omar@barrazalaw.com
Of Attorneys for Plaintiff George and Shu Schilling

By: s/ *Frederick Alan Haist*
Fred B. Burnside
Frederick Alan Haist
Davis Wright Tremaine LLP
1201 3rd Ave., Ste. 2200
Seattle, WA 98101-3045
Telephone: (206) 622-3150
Email: FredBurnside@dwt.com
frederickhaist@dwt.com
Of Attorneys for Defendant JPMorgan Chase & Co.

By: s/ *Rachel L. Dunnington*
Rachel L. Dunnington, WSBA No. 47021
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900

ORDER ON STIPULATION TO
STAY PROCEEDINGS
2:17-cv-00060-RSM

2

**BARRAZA LAW PLLC**
14245-F AMBAUM BLVD SW
SEATTLE WA 98166
Tel. 206-933-7861
Fax 206-933-7863

1  Fax: (206) 386-7500
   Of Attorneys for Defendant Experian Information Solutions, Inc.
2  By: s/ *Douglas L. Clark*
   Douglas L. Clark
3  Jones Day
   4655 Executive Dr., Suite 1500
4  San Diego, CA 92121
   Office +1.858.703.3133
5  Fax +1.844.345.3178
   dlclark@jonesday.com
6  Of Attorneys for Defendant Experian Information Solutions, Inc.

7  By: s/ *Katherine E. Carlton Robinson*
   Katherine E. Carlton Robinson
8  Schuckit Associates
   4545 Northwestern Dr.
9  Zionsville, IN 46077
   Telephone: (317) 363-2400
10 Email: krobinson@schuckitlaw.com
   Of Attorneys for Defendant Trans Union, LLC
11
   By: s/ *George William Akers Jr.*
12 George William Akers Jr.
   Montgomery Purdue Blankinship & Austin
13 701 5th Ave., Ste. 5500
   Seattle, WA 98104-7096
14 Telephone: (206) 682-7090
   Email: akers@mpba.com
15 Of Attorneys for Defendant Trans Union, LLC

16 By: s/ *Jeffrey M. Edelson*
   Jeffrey M. Edelson, WSBA No. 37361
17 Markowitz Herbold PC
   Pacwest Center
18 1211 SW Fifth Avenue, Suite 3000
   Portland, OR 97204-3730
19 JeffEdelson@MarkowitzHerbold.com
   Of Attorneys for Defendant Equifax Inc.
20

21

22

23

24

ORDER ON STIPULATION TO STAY PROCEEDINGS
2:17-cv-00060-RSM

3

**BARRAZA LAW PLLC**
14245-F AMBAUM BLVD SW
SEATTLE WA 98166
Tel. 206-933-7861
Fax 206-933-7863