UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE L. SCHILLING and SHU Y. SCHILLING,<br>　　　　Plaintiffs,<br><br>　vs.<br><br>JPMORGAN CHASE & CO., d/b/a JPMORGAN CHASE BANK, N.A.; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS INC.; and EQUIFAX INC.;<br>　　　　Defendants. | CASE NO. 2:17-cv-00060-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiffs George L. Schilling and Shu Y. Schilling, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiffs' cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date:  June 6, 2017　　　　　　　　　　　　*/s/ Vincent Omar Barraza (with consent)*

　　　　　　　　　　　　　　　　　　　　　*Counsel for George L. Schilling and Shu Y. Schilling*

Date:  June 7, 2017　　　　　　　　　　　　*/s/ Katherine E. Carlton Robinson*
　　　　　　　　　　　　　　　　　　　　　Katherine E. Carlton Robinson, Esq.

**STIPULATION AND ORDER OF DISMISSAL - 1**　　SCHUCKIT & ASSOCIATES, P.C.
**(2:17-cv-00060-RSM)**　　　　　　　　　　　4545 NORTHWESTERN DRIVE
　　　　　　　　　　　　　　　　　　　　　ZIONSVILLE, IN  46077
　　　　　　　　　　　　　　　　　　　　　(317) 363-2400 TEL
　　　　　　　　　　　　　　　　　　　　　(317) 363-2257 FAX

(Admitted *Pro Hac Vice*)

*Lead Counsel for Defendant Trans Union, LLC*

George W. Akers, P.S.
 WA State Bar No. 00498

*Local Counsel for Defendant Trans Union, LLC*

IT IS SO ORDERED.

Dated this 8th day of June, 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER OF DISMISSAL - 2
(2:17-cv-00060-RSM)**

**SCHUCKIT & ASSOCIATES, P.C.**
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN 46077
(317) 363-2400 TEL
(317) 363-2257 FAX