UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE L. SCHILLING and SHU Y. SCHILLING, | CASE NO. 2:17-cv-00060-RSM |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| JPMORGAN CHASE & CO., d/b/a JPMORGAN CHASE BANK, N.A.; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS INC.; and EQUIFAX INC.; | |
| Defendants. | |

Plaintiffs George L. Schilling and Shu Y. Schilling, by and through their counsel, and

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel, hereby

stipulate and agree pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) that the matter

between Plaintiffs and Experian should be dismissed with prejudice.  Each party shall bear its

own costs and attorneys' fees.

Respectfully submitted,

Date:  ___June 7, 2017___          _____/s/ Vicente Omar Barraza_____
                                   Vicente Omar Barraza, WSBA 43589
                                   *Counsel for George L. Schilling and Shu Y.*
                                   *Schilling*

                                   JONES DAY

**STIPULATION AND ORDER OF DISMISSAL –
EXPERIAN - 1
(2:17-cv-00060-RSM)**

Barraza Law, PLLC
14245-F Ambaum Blvd. SW
Seattle, WA 98166
206-933-7861 Fax 206-933-7863

Date: ____June 7, 2017____

/s/ Douglas L Clark per email authorization

Douglas L Clark, CA Bar No. 279408
 (Admitted *Pro Hac Vice*)
4655 Executive Dr., Suite 1500
San Diego, CA 92121
858.703.3133
dlclark@jonesday.com

STOEL RIVES LLP

/s/ Rachel L. Dunnington per email authorization

Date: ____June 7, 2017____

Rachel L. Dunnington, WSBA 47021
600 University Street, Suite 3600
Seattle, Washington 98101
206 624-0900
rachel.dunnington@stoel.com

*Counsel for Defendant Experian Information Solutions, Inc.*

IT IS SO ORDERED.

Dated this 8th day of June, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER OF DISMISSAL –
EXPERIAN - 2
(2:17-cv-00060-RSM)**

Barraza Law, PLLC
14245-F Ambaum Blvd. SW
Seattle, WA 98166
206-933-7861 Fax 206-933-7863