# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| GEORGE L. SCHILLING and SHU Y. SCHILLING, <br><br>       Plaintiffs, <br><br>    vs. <br><br> JPMORGAN CHASE & CO., d/b/a JPMORGAN CHASE BANK, N.A.; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS INC.; and EQUIFAX INC.; <br><br>       Defendants. | CASE NO. 2:17-cv-00060-RSM <br><br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT JPMORGAN CHASE BANK, N.A** |

Plaintiffs George L. Schilling and Shu Y. Schilling, by and through their counsel, and Defendant JPMorgan Chase Bank, N.A ("Chase"), by and through its counsel, hereby stipulate and agree pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) that the matter between Plaintiffs and Chase should be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

                                              Respectfully submitted,

                                              BARRAZA LAW, PLLC

Date:    August 4, 2017               */s/ Vicente Omar Barraza*
                                              Vicente Omar Barraza, WSBA 43589
                                            *Counsel for George L. Schilling and Shu Y.*
                                            *Schilling*

**STIPULATION AND ORDER OF DISMISSAL –**
**JPMorgan Chase Bank, N.A - 1**
**(2:17-cv-00060-RSM)**

Barraza Law, PLLC
14245-F Ambaum Blvd. SW
Seattle, WA 98166
206-933-7861 Fax 206-933-7863

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

Date: <u>August 4, 2017</u>

By <u>*/s/ Fred B. Burnside*</u>
Fred B. Burnside, WSBA #32491

<u>*/s/ Frederick A. Haist*</u>
Frederick A. Haist, WSBA #48937
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: fredburnside@dwt.com
E-mail: frederickhaist@dwt.com

IT IS SO ORDERED.

Dated this 7 day of August 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER OF DISMISSAL –**
**JPMorgan Chase Bank, N.A - 2**
**(2:17-cv-00060-RSM)**

Barraza Law, PLLC
14245-F Ambaum Blvd. SW
Seattle, WA 98166
206-933-7861 Fax 206-933-7863