# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| GEORGE L. SCHILLING and SHU Y. SCHILLING,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE & CO., d/b/a JPMORGAN CHASE BANK, N.A.; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS INC.; and EQUIFAX INC.;<br><br>Defendants. | CASE NO. 2:17-cv-00060-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC.** |

Plaintiffs George L. Schilling and Shu Y. Schilling, by and through their counsel, and Defendant Equifax, Inc. ("Equifax"), by and through its counsel, hereby stipulate and agree pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) that the matter between Plaintiffs and Equifax should be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.
**STIPULATION AND ORDER OF DISMISSAL –**
**Equifax, Inc. - 1**
**(2:17-cv-00060-RSM)**

Barraza Law, PLLC
14245-F Ambaum Blvd. SW
Seattle, WA 98166
206-933-7861 Fax 206-933-7863

Dated this 19th day of September 2017.

BARRAZA LAW, PLLC

By: /s/ *Vicente Omar Barraza*
Vicente Omar Barraza, WSBA No. 43589
14245-F Ambaum Blvd SW
Burien, WA 98166-1421
Telephone 206-933-7861 Fax 206-933-7863
Attorneys for Plaintiffs

MARKOWITZ HERBOLD PC

By: /s/ *Jeffrey M. Edelson*
Jeffrey M. Edelson, WSBA No. 37361
Markowitz Herbold PC
1211 SW Fifth Avenue
Suite 3000
Portland, OR 97204-3730
Tel. (503) 295-3085
Fax (503) 323-9105
JeffEdelson@markowitzherbold.com
Attorneys for Defendant Equifax Inc.

IT IS SO ORDERED. This case is now CLOSED.

Dated this 19 day of September 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER OF DISMISSAL –**
**Equifax, Inc. - 2**
**(2:17-cv-00060-RSM)**

Barraza Law, PLLC
14245-F Ambaum Blvd. SW
Seattle, WA 98166
206-933-7861 Fax 206-933-7863